# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STOLL, et al,<br><br>　　　　　Defendants. | 1:15-cv-0468-AWI-JLT (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee.  While, Plaintiff has submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, it is not on the correct/required form.  Thus, one is enclosed with this order for his use.  Accordingly, IT IS HEREBY ORDERED that:

　　　　**Within 45 days** of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.  **Within 60 days** of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust statement for the six month period immediately preceding the filing of the complaint.

///

1

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __**April 8, 2015**__                      _____/s/ **Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE