UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>            Plaintiff,<br><br>    v.<br><br>G. STOLL, et al.,<br><br>            Defendants. | 1:15-cv-00468-AWI-JLT (PC)<br><br>ORDER ON PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE AND FOR ACCESS TO INDIGENT INMATE WRITING SUPPLIES<br><br>(Doc. 11)<br><br>45-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On June 15, 2015, Plaintiff filed a motion to extend time to file a response to the order to show cause and for an order that the prison provide him with writing supplies.  Plaintiff states that he has not been able to obtain paper and pen re-fills that are necessary for his response to the pending order to show cause and for any other action in this case.  Custody staff have advised him that they have not been provided with such supplies to give to indigent inmates for over six months.

Plaintiff is not entitled unlimited access to the resources necessary to prepare optimal legal filings.  *See Lewis v. Casey*, 518 U.S. 343, 354-55 (1996).  However, Plaintiff must be allowed access to resources sufficient to enable him to prepare and file his response to the order to show cause as to why this action should not be dismissed.  *See id.*  This necessarily includes access to

1

writing material pertaining to this action.

Plaintiff is not entitled to ideal conditions and premium writing resources and the Court declines to request as much. However, the Litigation Office is requested to look into the matter and facilitate Plaintiff's access to writing materials as provided for indigent inmates and other legal resources to the extent necessary to allow Plaintiff to complete and file his response to the order to show cause.[1] The Court will extend the deadline for Plaintiff's response to the order to show cause forty-five days to allow the Litigation Office sufficient time to address this matter and to allow Plaintiff time thereafter to complete the task of drafting and filing his response.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion is granted in part;

2. The Litigation Office is requested (1) to investigate Plaintiff's ability to obtain writing materials for indigent inmates and (2) to facilitate Plaintiff's access thereto as well as to other available legal resources to the limited extent necessary for Plaintiff to complete and file his response to the pending order to show cause;

3. The deadline for Plaintiff to file a response to the order to show cause is extended **45 days** from the date of service of this order to allow the Litigation Office time to investigate and to allow Plaintiff to thereafter complete and file his response; and

4. The Clerk's Office shall serve this order on the Litigation Office at CSATF.

IT IS SO ORDERED.

Dated:   **July 2, 2015**          /s/ Jennifer L. Thurston
                                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] How access is best facilitated in light of Plaintiff's housing status and other custody or classification factors is left to the sound discretion of prison officials.

2