# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>                    Plaintiff,<br><br>        v.<br><br>STOLL, et al.,<br><br>                    Defendants. | Case No.  1:15-cv-00468-AWI-JLT (PC)<br><br>**ORDER CORRECTING NUNC PRO TUNC THE ORDER ADOPTING FINDINGS AND RECOMMENDATION OF DISMISSAL**<br><br>**(Docs. 22, 24)** |

Plaintiff, Krzysztoff F. Wolinski, is a state prisoner proceeding *pro se* and *in forma pauperis* in this in this civil rights action pursuant to 42 U.S.C. § 1983.  The Order Adopting the Findings and Recommendation to dismiss this action without leave to amend issued on October 19, 2015.  (Doc. 22.)  On October 29, 2015, Plaintiff filed a notice of discrepancy and seeking correction of the order adopting. (Doc. 24.)  Plaintiff correctly pointed out that the first line of the order adopting erroneously identified a "Raymond Perez" as the plaintiff in this action.  (*See* Doc. 22, 1:15-16.)

Accordingly, IT IS HEREBY ORDERED that the Order Adopting the Findings and Recommendation to dismiss this action without leave to amend, that issued on October 19, 2015 is hereby CORRECTED NUNC PRO TUNC to delete "Raymond Perez" from lines 15-16 and to reflect "Krzysztof F. Wolinski" as the only plaintiff in this action.

IT IS SO ORDERED.

Dated:   November 4, 2015

SENIOR  DISTRICT  JUDGE

1