# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KRZYSZTOF F. WOLINSKI,

Plaintiff,

v.

STOLL, et al.,

Defendants.

**Case No. 1:15-cv-00468-AWI-JLT (PC)**

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

**(Doc. 28)**

Plaintiff, Krzysztof F. Wolinski, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On October 19, 2015, an order issued dismissing this action without leave to amend for Plaintiff's failure to state a cognizable claim. (Doc. 22.) That same date, judgment issued and the action was closed. (Doc. 23.) On October 29, 2015, Plaintiff filed a notice of appeal which was processed to the Ninth Circuit on November 2, 2015. (Docs. 25, 26.) On November 2, 2015, Plaintiff filed a motion for leave to file an amended complaint in this Court. (Doc. 28.)

The filing of a notice of appeal generally divests a district court of jurisdiction to determine the "substantial rights" at issue in an action during the pendency of the appeal. *Pyrodyne Corp. v. Pyrotronics Corp.*, 847 F.2d 1398, 1403 (9th Cir. 1988). This Court no longer has jurisdiction to allow Plaintiff to file an amended complaint in this action.

/ / /

Accordingly, it is HEREBY ORDERED that, Plaintiff's motion for leave to file an amended complaint, filed on November 2, 2015 (Doc. 28), is denied for lack of jurisdiction.

IT IS SO ORDERED.

Dated: November 5, 2015

SENIOR DISTRICT JUDGE